**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bombardier Transportation (Holdings) USA Incorporated,<br><br>           Plaintiff,<br><br>vs.<br><br>HDR Engineering Incorporated, et al.,<br><br>           Defendants. | No. CV-21-01460-PHX-SPL<br><br>**ORDER** |

Before the Court is Defendant's Motion to Supplement Its Statement of Facts in Support of Summary Judgment (Doc. 207). The Court is perplexed as to why Defendant chose to file its Motion for Summary Judgment (Doc. 152) and original Statement of Facts (Doc. 153) well in advance of the dispositive motion and prior to the completion of discovery that it now wishes to incorporate into its summary judgment arguments. The Court is also extremely hesitant to allow Defendant to add an additional seven pages to its Statement of Facts, effectively circumventing the 10-page limit. But Plaintiff does not meaningfully oppose the Motion to Supplement, and Defendant's Supplemental Statement of Facts is supportive of arguments properly raised in its Reply brief. *See In re Neal*, No. CIV 06-421-TUC-CKJ, 2008 WL 11445438, at *1 (D. Ariz. Aug. 22, 2008) ("Plaintiff's supplemental statement of facts are supportive of the arguments contained within his reply and are therefore appropriate."); *Moore v. Comput. Assocs. Int'l, Inc.*, 653 F. Supp. 2d 955, 961 (D. Ariz. 2009). The Court will therefore grant the Motion to Supplement. To mitigate any prejudice to Plaintiff, the Court will also grant Plaintiff's

request to submit a controverting statement of facts in opposition to Defendant's Supplemental Statement of Facts, as well as a Sur-Reply addressing arguments raised for the first time in Defendant's Reply to its Motion for Summary Judgment. Accordingly,

**IT IS ORDERED** that Defendant's Motion to Supplement Its Statement of Facts (Doc. 207) is **granted**. The Clerk of Court shall file the Lodged Proposed Supplemental Statement of Facts (Doc. 208).

**IT IS FURTHER ORDERED** that no later than **July 27, 2023**, Plaintiff may file (1) a controverting statement of facts—no more than seven pages—in opposition to Defendant's Supplemental Statement of Facts (Doc. 208), and (2) a Sur-Reply—no more than seven pages—to Defendant's Motion for Summary Judgment (Doc. 152) addressing arguments raised for the first time in Defendant's Reply (Doc. 209). *The parties are warned that the Court is not inclined to grant any extensions, and no further briefing will be permitted.*

Dated this 17th day of July, 2023.

Honorable Steven P. Logan
United States District Judge