**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bombardier Transportation (Holdings) USA Incorporated,<br><br>  Plaintiff,<br><br>vs.<br><br>HDR Engineering Incorporated, et al.,<br><br>  Defendants. | No. CV-21-01460-PHX-SPL<br><br>**ORDER** |

Before the Court is Defendant HDR Engineering Inc.'s Motion for Leave to File Memorandum Regarding the Effect of This Court's July 13, 2023 Order on Summary Judgment (Doc. 251). The Motion will be denied. First, the Court stated in its July 18, 2023 Order—in which it granted Defendant's Motion to Supplement its Statement of Facts and permitted Plaintiff to file a controverting statement of facts and sur-reply addressing arguments raised for the first time in Defendant's Reply in support of its Motion for Summary Judgment—that "*no further briefing will be permitted.*" (Doc. 247 at 2 (emphasis in original)). Even aside from that admonition, however, the memorandum Defendant seeks to file is unnecessary and unhelpful. Defendant seeks to brief the Court on the effect of the Court's July 13, 2023 Order excluding in part the opinions of Robert S. Vecchio (Doc. 246) on Defendant's pending Motion for Summary Judgment (Doc. 152), arguing that Plaintiff's Sur-Reply "misapplies" the Court's Order. (Doc. 251 at 1). The Court is intimately familiar with the scope of its own Order and is perfectly capable of applying it to the issues at hand without further briefing.

1    **IT IS THEREFORE ORDERED** that Defendant's Motion for Leave (Doc. 251) is **denied**.

Dated this 31st day of July, 2023.

> Honorable Steven P. Logan
> United States District Judge